| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Freudenthal, Nancy D. | 2. Court or Organization<br><br>District Court - Wyoming | 3. Date of Report<br><br>07/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>Office of Judge Freudenthal<br>2120 Capitol Ave.<br>Cheyenne, WY 82001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | State of Wyoming Retirement Plan with former employer, no control, agreement signed in 2003. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 07/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | University of Wyoming - salary |
| 2. | 2013 | Crowell & Moring - salary |
| 3. | 2013 | Arch Coal, Inc. - director income |
| 4. | 2013 | State of Wyoming - retirement distribution |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | April 23-25, 2013 | Washington, DC | Board meeting | transportation, lodging, food |
| 2. | University of Wyoming Foundation | June 7-9, 2013 | Salt Lake City, Utah | Foundation Board meeting (with spouse) | transportation, food |
| 3. | Tri-State Federal Bar Association | September 20-21, 2013 | Park City, Utah | Tri-State Federal Bar Convention | lodging, food |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Cheyenne Family YMCA | ▓ membership | $605.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Meridian Trust FCU cash account #1 | A | Interest | L | T | | | | | |
| 2. Ameriprise cash equivalents | A | Int./Div. | K | T | | | | | |
| 3. INDZX | A | Dividend | K | T | | | | | |
| 4. INUTX | A | Dividend | K | T | | | | | |
| 5. RiverSource Life Annuity | A | Int./Div. | M | T | | | | | |
| 6. RiverSource Life Annuity IRA | A | Int./Div. | M | T | | | | | |
| 7. RiverSource Life Annuity IRA | A | Int./Div. | O | T | | | | | |
| 8. Mass Mutual Life Insurance | D | Dividend | M | T | | | | | |
| 9. ING Life Insurance | B | Interest | K | T | | | | | |
| 10. Stifel Nicolaus Cash Equivalents (Trust #1) | A | Interest | J | T | | | | | |
| 11. BMY Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 12. GE Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 13. HD Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 14. INTC Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 15. PEP Stock (Trust #1) | A | Dividend | K | T | | | | | |
| 16. TWX Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 17. MMM Stock (Trust #1) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BGR Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 19. EOI Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 20. EOS Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 21. EXG Mutual Fund (Trust #1) | A | Dividend | J | T | | | | | |
| 22. ETJ Mutual Fund (Trust #1) | C | Dividend | K | T | | | | | |
| 23. KYE Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 24. CWGIX Mutual Fund (Trust #1) | A | Dividend | J | T | | | | | |
| 25. TEPLX (Trust #1) | A | Dividend | K | T | Sold (part) | 11/04/13 | J | A | |
| 26. ITHAX Mutual Fund (Trust #1) | B | Int./Div. | K | T | | | | | |
| 27. LAGWX (Trust #1) | A | Int./Div. | K | T | Sold (part) | 11/04/13 | K | A | |
| 28. TVAFX (Trust #1) | A | Int./Div. | K | T | | | | | |
| 29. DOM investment (Trust #1) | A | Dividend | J | T | | | | | |
| 30. UBS Pathfinders treasury & Growth Stock Series 31 (Trust #1 | A | Dividend | K | T | | | | | |
| 31. TPINX (Trust #1) | A | Dividend | J | T | | | | | |
| 32. CRP securities (Trust #1) | B | Dividend | | | Sold | 03/28/13 | J | B | |
| 33. RBSPRM Securities (Trust #1) | A | Dividend | J | T | | | | | |
| 34. RBSPRQ Securities (Trust #1) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WFCPRJ Securities (Trust #1) | B | Dividend | K | T | | | | | |
| 36. Residential property, Cody, Park County, Wyoming (Trust #1) | | None | M | S | | | | | |
| 37. Rental property, Cody, Park County, Wyoming (Trust #1) | C | Rent | K | S | | | | | |
| 38. North Carolina HSG Fin Agy Bonds (Trust #1) | A | Int./Div. | J | T | | | | | |
| 39. WCDA Housing Bonds (Trust #1) | A | Int./Div. | | | Redeemed | 06/03/13 | K | B | |
| 40. CAIBX mutual fund (Trust #1) | B | Dividend | K | T | | | | | |
| 41. FITAX mutual fund (Trust #1) | A | Int./Div. | J | T | | | | | |
| 42. FKINX mutual fund (Trust #1) | B | Dividend | K | T | Buy (add'l) | 06/07/13 | J | | |
| 43. AMECX mutual fund (Trust #1) | A | Int./Div. | K | T | Buy (add'l) | 06/07/13 | J | | |
| 44. Edward Jones Money Market (Trust #1) | A | Interest | J | T | | | | | |
| 45. Meridian Trust FCU cash account #2 | A | Interest | K | T | | | | | |
| 46. Ameriprise Active Diversified Alternatives Moderate Portfolio | D | Int./Div. | N | T | | | | | |
| 47. HFLAX Mutual Fund (Trust #1) | A | Int./Div. | K | T | | | | | |
| 48. Casper WY Cmnty Col. Rev Bonds (Trust #1) | A | Interest | J | T | | | | | |
| 49. Oregon Trail Bank cash account | A | Interest | J | T | | | | | |
| 50. Fid Freedom K 2015 | A | Interest | K | T | | | | | |
| 51. Arch Coal, Inc. Retirement Account | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Franklin Universal Trust (Trust #1) | A | Int./Div. | | | Sold | 11/04/13 | J | A | |
| 53. Jefferies Group Inc New Senior Note (Trust #1) | A | Int./Div. | K | T | | | | | |
| 54. Carbon Cty School Dist. GO Bonds (Trust #1) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 07/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, #1 - I have received an opinion from the Judicial Ethics Committee allowing receipt and use of this membership gift.

Part VII, #36 - The value of the residential property located in ▨ Park County, Wyoming has been estimated using the Park County Assessor's 2014 estimate of fair market value of $195,294.

Part VII, #37 - The value of the rental property located in ▨ Park County, Wyoming has been estimated using the Park County Assessor's 2013 estimate of fair market value of $45,536.

Part VII, #50 - The investment "Fidelity Investments" was amended to specify the specific fund (Fid Freedom K 2015) held rather than the name of the fund family product or investment company.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy D. Freudenthal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544